FILED
United States Court of Appeals
Tenth Circuit

May 16, 2019

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

CAMERON MEANS-GOODMAN,

    Defendant - Appellant.

No. 18-8037
(D.C. No. 2:17-CR-00211-NDF-1)
(D. Wyo.)

_____

## ORDER AND JUDGMENT[*]
_____

Before **MATHESON**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.
_____

This matter is before the court on the appellant's Motion to Dismiss Appeal as Moot (the "Motion"). For the reasons stated in the Motion, the Motion is granted. This appeal is dismissed as moot.

The clerk is directed to issue the mandate forthwith.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by: Lara Smith
    Counsel to the Clerk

---

[*] After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument. This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.